IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60072
Summary Calendar
_____


HOANG LY,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.


- - - - - - - - - -
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A 23-140-430
- - - - - - - - - -
June 10, 1997
Before SMITH, DUHE' and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Hoang Thanh Ly seeks leave to proceed *in forma pauperis* (IFP) in his petition for review of the order of the Board of Immigration Appeals (BIA) affirming the order of the Immigration Judge (IJ) ordering Ly deported.  Ly's IFP motion is denied.

This court must examine the basis of its jurisdiction on its own motion if necessary.  *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987).  We lack jurisdiction to review a BIA decision

_____

[*]  Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

ordering deportation for conviction of an aggravated felony.

8 U.S.C. § 1252(a)(2)(C); *see* 8 U.S.C. § 1251(a)(2)(A)(iii).

Ly's burglary conviction is an aggravated felony under the

immigration laws.  8 U.S.C. § 1101(a)(43)(G).  Because we lack

jurisdiction to review the BIA's order, Ly's petition is

dismissed.

IFP DENIED; PETITION DISMISSED.